```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

KAREN C. RONCONE and RICHARD   )
RONCONE,                       )
                               )
          Plaintiffs,          )
                               )   Civil No. 2017-43
     v.                        )
                               )
BRENT C. HAZZARD, GARTH P.     )
HUDSON, individually and d/b/a )
OVER THE LINE CHARTERS, OVER THE)
LINE CHARTERS, INC.,           )
                               )
          Defendants.          )
                               )
```

**ATTORNEYS:**

**Bradley D. Marble**
Brown Chiari LLP
Lancaster, NY
**Terri L. Griffiths**
St. Thomas, U.S.V.I.
    *For Karen C. Roncone and Richard Roncone,*

**Matthew J. Duensing**
Stryker, Duensing, Casner & Dollison
St Thomas, U.S.V.I.
    *For Brent C. Hazzard, Garth P. Hudson, individually and d/b/a Over the Line Charters, and Over the Line Charters, Inc.*

## ORDER

**GÓMEZ, J.**

It is hereby **ORDERED** that the above captioned matter is scheduled for mediation before the Honorable Judge Juan R. Sánchez, in Courtroom 3 of the Ron de Lugo Federal Building and U.S. Courthouse, St. Thomas, United States Virgin Islands. The

mediation shall commence promptly at **3:30 P.M. on Friday, December 21, 2018;** it is further

**ORDERED** that, no later than **4:00 P.M. on Tuesday, December 11, 2018,** the parties shall each submit a two-page confidential position paper in .pdf format to sanchezdocs@paed.uscourts.gov. The confidential position papers shall outline the material facts relevant to the mediation; the settlement posture of the parties; and any outstanding issues that need to be resolved; and it is further

**ORDERED** that each party shall have present at the mediation a principal with the authority to settle the matter.

S/_____
   **CURTIS V. GÓMEZ**
   **District Judge**